**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

[Proposed] Attorneys for
Debtor and Debtor-in-Possession
David Tudor Chamberlain

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-11370-CB |
| DAVID TUDOR CHAMBERLAIN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **STATUS REPORT, DECLARATION OF DAVID T. CHAMBERLAIN IN SUPPORT ATTACHED HERETO** |
| | **Scheduling and Case Management Conference** |
| | Date:        May 3, 2017<br>Time:        10:00 a.m.<br>Courtroom:  5D<br>Address:     411 W. Fourth Street<br>                   Santa Ana, CA  92701 |

1113319.2

STATUS REPORT

*Lobel Weiland Golden Friedman LLP*
*650 Town Center Drive, Suite 950*
*Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSEE, SECURED CREDITORS, 20 LARGEST UNSECRUED CREDITORS, AND ANY PARTIES THAT HAVE REQUESTED SPECIAL NOTICE**

The Debtor commenced his bankruptcy case by filing a voluntary petition (the "Petition") under Chapter 11 of Title 11 of the United States Code on April 9, 2017 (the "Petition Date").  The Debtor continues to manage his financial affairs and operate his bankruptcy estate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

**A.    Debtor's Business Operations**

The Debtor has been a real estate broker for 35 years and operates a successful real estate brokerage firm.  Further, the Debtor owns fifteen pieces of real property in California, Nevada and New Hampshire (together, the "Real Property")[1].  The Real Property is valued at approximately $15,216,000 and secured claims against the Real Property (and certain personal property) total approximately $6,288,342.00[2].

**B.    Responses to the Court's Questions**

**1.    What precipitated the bankruptcy filing?**

The Debtor is current on his monthly payment obligations to the lenders with respect to the Real Property and has substantial equity in the Real Property.  The filing of the Petition was precipitated by the entry of a judgment against the Debtor in excess of $2.5 million on or about March 13, 2017, in the Superior Court of California, County of Orange, in the case entitled *Domingo Villas vs. Rick Tarnutzer*, Case No. 30-2011-00484245 (the "Judgment"), and the subsequent judgment enforcement actions undertaken by Mr. Tarnutzer.  The Debtor intends to pursue his appeal of the Judgment

---

[1] Real Property is owned jointly with spouse as community property.

[2] This amount does not take into account the lien allegedly created by the recording of the abstract of judgment by Tarnutzer, as Trustee of the 1997 Troy Trust in the amount of $2,547,300.81 (the "Tarnutzer Lien") in Orange, Los Angeles, Riverside and San Bernardino Counties.

and believes that he will ultimately be successful in reversing the Judgment on
appeal.  The Debtor, however, did not have sufficient liquidity to post a bond in connection
with his appeal of the Judgment.  In addition, the Debtor needs to restructure the secured
debts or certain of his investment properties.

**2.      What does the Debtor hope to accomplish in this chapter 11
case?**

This case was not filed to prejudice the rights of any party in connection with the
Judgment or otherwise.  Rather, through this Chapter 11 case, the Debtor intends to
pursue his appeal of the Judgment and restructure several of his loans related to the Real
Property.  To this end, the Debtor intends to file a plan of reorganization within the next
sixty (60) days, or sooner, providing for the restructuring of certain debt and providing for
the payment, in full, of any claim that is ultimately allowed in connection with the
Judgment.

**3.      What are the principal disputes or problems likely to be
encountered during the course of the Debtor's reorganization
efforts?**

By virtue of the significant equity in the Debtor's assets, and his intention to pay in
full all claims once allowed and finally determined, the Debtor does not anticipate any
major disputes or issues in connection with this case.

**4.      How does the Debtor recommend that these disputes be
resolved and why?**

Not applicable.

/ /

/ /

/ /

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1113319.2

STATUS REPORT

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

5. **Has the Debtor complied with all of its duties under 11 U.S.C.**
**§§ 521, 1006 and 1107 and all applicable guidelines of the Office**
**of the United States Trustee, and if not, why not?**

On April 25, 2017, the 7-Day Package was submitted to the Trustee.  The Debtor has been diligent in his efforts to comply with the requirements of the Trustee, and has complied with the applicable guidelines of the Trustee, except that the Debtor remains in the process of closing all prepetition bank accounts and opening debtor-in-possession bank accounts.  The Debtor opened bank accounts at Comerica Bank in the name of Dave Chamberlain Investor DIP and Dave Chamberlain Realtor DIP.  The Trustee Guidelines states that the debtor-in-possession bank accounts must state "Debtor-in-Possession" and the case number, therefore the Debtor's spouse, Linda Chamberlain, went to Comerica and requested that the name of the accounts be corrected.  At that time, Comerica advised Mrs. Chamberlain that Comerica did not understand that these accounts were in fact "debtor-in-possession" accounts, and Comerica is unable to open the debtor-in-possession accounts.  The Debtor is in the process of locating another approved depository to open up his debtor-in-possession bank accounts.

6. **State whether the estate has any potential avoidance actions as**
**described in 11 U.S.C. §§ 554-550.  If so, describe them briefly**
**and state whether complaints have been filed.  If complaints**
**have not been filed, explain why not and when will they be filed?**

No avoidance actions have been commenced to date.  The Debtor's debts are primarily non-consumer debts.  As such, only transfers totaling over $6,425 may be recovered as a preference.  The Debtor is currently evaluating whether there are avoidance actions to pursue.

7. **Do any parties claim an interest in cash collateral of the Debtor?**

On April 26, 2017, the Debtor filed five motions to seek the use of cash collateral generated by the Debtor's investment properties (the "Cash Collateral Motions") [Docket

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1    Nos.:  25, 26, 27, 28 and 29], and for approval of budgets to provide for the payment of

2    the expenses of the Debtor's real property and his living expenses.  Hearings on the Cash

3    Collateral Motions are scheduled for May 24, 2017 at 10:00 a.m.

4         **8.    Is the Debtor using cash that any party claims as its cash**

5             **collateral and, if so, on what date(s) did the Debtor obtain an**

6             **order authorizing the use of cash collateral or the consent of**

7             **such party?**

8         The Debtor is not using cash that any party claims as cash collateral.

9         **9.    Describe the Status of Debtor's Post-Petition Operations and its**

10            **Major Assets and Liabilities.**

11        The Debtor owns fifteen pieces of real property in California, Nevada and New

12   Hampshire (together, the "Real Property").  The Real Property is valued at approximately

13   $15,216,000 and secured claims against the Real Property (and certain personal

14   property) total approximately $6,288,342.00[3].  Except for the Debtor's personal residence

15   and one other property, the Real Property is subject to leases, pursuant to which the

16   tenants make monthly rent payments to the Debtor.  The rents from these income-

17   generating real estate assets, as well as the Debtor's income from his brokerage

18   business, are essential to the Debtor's reorganization prospects.  Attached to the

19   Declaration of David T. Chamberlain as Exhibit "A" is a summary of the Debtor's Real

20   Property, excluding his personal residence.

21   / /

22   / /

23   / /

24

25

26   ───────────────────

27       [3] This amount does not take into account the lien allegedly created by the recording of the abstract of
     judgment by Tarnutzer, as Trustee of the 1997 Troy Trust in the amount of $2,547,300.81 (the "Tarnutzer

28   Lien") in Orange, Los Angeles, Riverside and San Bernardino Counties.

1113319.2                                 5                              STATUS REPORT

**10.     Describe the Status of Debtor's Pre-Petition and Post-Petition Litigation.**

The Debtor is a party in the following litigation proceedings:

(1)   Domingo Villas, Inc., vs. Rick Tarnutzer, et al., and related cross-claim. OCSC, Central Justice Center, Case No. 30-2011-00484245.  Civil action.  Judgment being appealed.

(2)   Dave Chamberlain vs. PT Partners, et al., OCSC, Central Justice Center, Case No. 30-2014-00699353-CU-BC-CJC.  Civil action. Judgment being appealed.

(3)   David T. Chamberlain, et al. vs. First Realm LLC, et al., OCSC, Central Justice Center, Case No. 30-2015-00826601-CU-BC-CJC.  Civil action for breach of contract.  Case pending.

The Debtor does hold a judgment in the amount of approximately $275,660 against Paul Wakin, Monsen Tovoussi, Carmet LTD., Orange County Surgery Center, Inc. and PT Partners, LLC and a breach of contract claim against First Realm LLC, et al., for breach of contract in an unknown amount.

**C.     Employment of Professionals**

The Debtor retained Lobel Weiland Golden Friedman LLP (the "Firm") to represent him as his general insolvency counsel, and on April 26, 2017, the Debtor filed his application for approval of the Firm as general insolvency counsel to the Debtor [Docket No. 30], which is currently pending before the Court.

The Debtor further anticipates retaining a financial advisor and special counsel to represent him in connection with the appeal of the Judgment.

**D.     Projected Income and Expenses for the First Six Months**

Attached to the Declaration of David T. Chamberlain as Exhibit "B" is the projected income and expenses for the first six months.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1113319.2                                    6                              STATUS REPORT

**E.    Proposed Deadline for Filing of Claims and Objections to Claims**

The Debtor desires to seek to establish a bar date for filing claims forthwith and will request that the same be established at the Case Status Conference scheduled for May 3, 2017.

**F.    Proposed Deadline for Filing any Avoidance Actions**

The Debtor proposes that the deadline for filing avoidance actions be set at such time the Debtor files his plan and disclosure statement.

**G.    Proposed Deadline for the Filing of a Plan and Disclosure Statement**

As noted above, the Debtor intends to diligently file and confirm his plan in this chapter 11 case and anticipates filing his plan and disclosure statement within the next sixty (60) days.  The Debtor anticipates that the plan will provide for the restructuring of certain debt, and will allow for a final determination to be made in connection with the Judgment, with any and all ultimately allowed claims being paid in full.

**H.    Unexpired Leases and Executory Contracts**

The Debtor intends to file a motion seeking to exclude certain of his Schedule G creditors specifically as to the residents/tenants relating to residential real property leases/rental agreements) from the Debtor's master mailing matrix to avoid any confusion by the lessors, or disruption in rental payments to the Debtor, by virtue of the chapter 11 filing.

**I.    Is the Case a Small Business Case Within the Meaning of 11 U.S.C. § 101(51D)**

The case is not a small business case within the meaning of 11 U.S.C. § 101(51D).

**J.    Is the Case a Single Asset Real Estate Case Within the Meaning of 11 U.S.C. § 101(51B)**

The case is not a single asset case within the meaning of 11 U.S.C. § 101(51B).

**K.     Other General Administrative Matters**

**1.     Ex Parte Motion to Extend Time to File Remaining Schedules, Statement of Financial Affairs and any other Deficiency Documents**

The Debtor has filed a portion of his Schedules.  The Debtor and his professionals are in the process of preparing the information necessary to timely submit (and/or amend, as appropriate) the Schedules and Statement of Financial Affairs.

On April 20, 2017, the Debtor filed an ex parte motion to extend the time to file the remaining Schedules, Statement of Affairs and any other deficiency documents (the "Ex Parte") [Docket No. 23], and on April 25, 2017 the Court entered its order regarding the Ex Parte, and extended the time to file remaining Schedules, Statement of Affairs and any other deficiency documents to May 2, 2017, no later than noon.

Dated:  April 26, 2017                     LOBEL WEILAND GOLDEN FRIEDMAN LLP


                                          By:  /s/ Alan J. Friedman
                                              JEFFREY I. GOLDEN
                                              ALAN J. FRIEDMAN
                                              [Proposed] Attorneys for Debtor and
                                              Debtor-in-Possession

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

**DECLARATION OF DAVID T. CHAMBERLAIN**

I, David T. Chamberlain, declare as follows:

1.       I am the debtor and debtor-in-possession in the above-captioned case.  The following is within my personal knowledge, and if called as a witness, I could and would testify competently with respect thereto.

2.       I have been a real estate broker for 35 years and operate a successful real estate brokerage.  I own fifteen pieces of real property in California, Nevada and New Hampshire (together, the "Real Property")[4].  The Real Property is valued at approximately $15,216,000 and secured claims against the Real Property (and certain personal property) total approximately $6,288,342.00[5].  Except my personal residence and one other property, the Real Property is subject to leases, pursuant to which the tenants make monthly rent payments.  Attached hereto as Exhibit "A" and incorporated herein by reference is a summary of the Real Property, excluding the personal residence.

3.       I am current on my monthly payment obligations to the lenders with respect to the Real Property and have substantial equity in the Real Property.  The filing of the Petition was precipitated by the entry of a judgment against me in excess of $2.5 million on or about March 13, 2017, in the Superior Court of California, County of Orange, in the case entitled *Domingo Villas vs. Rick Tarnutzer*, Case No. 30-2011-00484245 (the "Judgment"), and the subsequent judgment enforcement actions undertaken by Mr. Tarnutzer.

4.       I intend to pursue an appeal of the Judgment and believe I will ultimately be successful in reversing the Judgment on appeal.  However, I did not have sufficient liquidity to post a bond in connection with the appeal of the Judgment.  In addition, I need to restructure the secured debts or certain of my investment properties.

---

[4] Real Property is owned jointly with my spouse as community property.

[5] This amount does not take into account the lien allegedly created by the recording of the abstract of judgment by Tarnutzer, as Trustee of the 1997 Troy Trust in the amount of $2,547,300.81 (the "Tarnutzer Lien") in Orange, Los Angeles, Riverside and San Bernardino Counties.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-866-1000   Fax 714-866-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

5.      On April 25, 2017, the 7-Day Package was submitted to the Trustee.  I have been diligent in my efforts to comply with the requirements of the Trustee, and have complied with the applicable guidelines of the Trustee, except that I am still in the process of closing all prepetition bank accounts and opening debtor-in-possession bank accounts. I opened bank accounts at Comerica Bank in the name of Dave Chamberlain Investor DIP and Dave Chamberlain Realtor DIP.  Once I realized that the Trustee Guidelines states that the debtor-in-possession bank accounts must state "Debtor-in-Possession" and the case number, my wife, Linda Chamberlain, went to Comerica and requested that the name of the accounts be corrected.  At that time, Comerica advised Linda they did not understand that these accounts were in fact "debtor-in-possession" accounts, and Comerica is unable to open the debtor-in-possession accounts.  I am in the process of locating another approved depository to open up my debtor-in-possession bank accounts.

6.      I am party to the following litigation proceedings:  (1) Domingo Villas, Inc., vs. Rick Tarnutzer, et al., and related cross-claim.  OCSC, Central Justice Center, Case No. 30-2011-00484245.  Civil action.  Judgment being appealed; (2)  Dave Chamberlain vs. PT Partners, et al., OCSC, Central Justice Center, Case No. 30-2014-00699353-CU-BC-CJC.  Civil action.  Judgment being appealed; and (3) David T. Chamberlain, et al. vs. First Realm LLC, et al., OCSC, Central Justice Center, Case No. 30-2015-00826601-CU-BC-CJC.  Civil action for breach of contract.  Case pending.  I hold a judgment in the amount of approximately $275,660 against Paul Wakin, Monsen Tovoussi, Carmet LTD., Orange County Surgery Center, Inc. and PT Partners, LLC and a breach of contract claim against First Realm LLC, et al., for breach of contract in an unknown amount.

7.      I retained Lobel Weiland Golden Friedman LLP (the "Firm") to represent me as my general insolvency counsel.  On April 26, 2017, an application for approval of the Firm as general insolvency counsel was filed with the Court, which is pending.  I also anticipate retaining a financial advisor and special counsel to represent him in connection with the appeal of the Judgment.

1    8.    Attached hereto as Exhibit "B" and incorporated herein by references is my

2  projected income and expenses for the first six months.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on this 26th day of April, 2017, at Los Alamitos California.

5

6                                                     David T. Chamberlain

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

EXHIBIT "A"

|  | Property No. 1 | Property No. 2 |
|---|---|---|
| Address | 5532 Bishop Street Cypress, CA 90630 | 8475 Cedarview Court Cypress, CA 90630 |
| Type of Property | Single Family Residence | Condo |
| Fair Market Value on Real Estate Questionnaire and Schedules | $515,000.00 | $375,000.00 |
| Amount of Secured Claim | $191,210.00 | $237,517.34 |
| Name of Secured Creditor | Pacific Premier Bank | OCWEN |
| Monthly Debt Service (Includes Other Monthly Expenses) | $1,901.00 | $2,354.00 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $1,875.00 | $1,995.00 |
| Net Income | ($26.00) | ($359.00) |
| Equity in the Collateral | $323,790.00 | $137,483.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | 10/17/2017 | Dec-17 |
| Date property acquired and amount paid | 12/23/1988 - $135,000 | 12/1982 - $68,000 |

|  | Property No. 3 | Property No. 4 |
|---|---|---|
| Address | 8479 Cedarview Court Cypress, CA 90630 | 7632 Comstock Avenue Whittier, CA 90602 |
| Type of Property | Condo | 12 Unit Apartment Building |
| Fair Market Value on Real Estate Questionnaire and Schedules | $400,000.00 | $1,800,000.00 |
| Amount of Secured Claim | $237,520.54 | $387,685.86 |
| Name of Secured Creditor | OCWEN | Chase Commerical Bank |
| Monthly Debt Service (Includes Other Monthly Expenses) | $2,370.00 | $5,156.00 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $2,050.00 | $9,640.00 |
| Net Income | ($320.00) | $4,484.00 |
| Equity in the Collateral | $162,490.00 | $1,412,315.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | Oct-17 | 10/30/2017 |
| Date property acquired and amount paid | 6/23/1986 - $88,000 | 8/1/2001 - $192,500 |

| | Property No. 5 | Property No. 6 |
|---|---|---|
| Address | 12350 Del Amo, #169 Lakewood, CA 90713 | 8832-8845 LaSalle Street Cypress, CA 90630 |
| Type of Property | 2-4 Plex | 9 Unit Apartment Building |
| Fair Market Value on Real Estate Questionnaire and Schedules | $620,000.00 | $2,000,000.00 |
| Amount of Secured Claim | $200,000.00 | $580,933.47 & $167,600 |
| Name of Secured Creditor | Pacific Premier Bank | Chase Commercial Bank & Ann Leisy |
| Monthly Debt Service (Includes Other Monthly Expenses) | $2,277.00 | $9,718.00 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $3,961.00 | $12,075.00 |
| Net Income | $1,684.00 | $2,357.00 |
| Equity in the Collateral | $420,000.00 | $1,251,467.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | Oct-17 | 11/16/2017 |
| Date property acquired and amount paid | 10/23/2003 - $410,000 | 11/09/1998 - $335,000 |

|  | Property No. 7 | Property No. 8 |
|---|---|---|
| Address | 5623 Newman Street Cypress, CA 90630 | 728 N. Olive Street Anaheim, CA 92805 |
| Type of Property | Single Family Residence | 2-4 Plex |
| Fair Market Value on Real Estate Questionnaire and Schedules | $1,250,000.00 | $660,000.00 |
| Amount of Secured Claim | $600,000.00 | $342,974.00 |
| Name of Secured Creditor | Pacific Premier Bank | Wells Fargo Bank (1st) & Pacific Premier Bank (2nd) |
| Monthly Debt Service (Includes Other Monthly Expenses) | $5,188.00 | $6,310.00 |
| Number of Delinquent Payment | $4,128.00 | $5,410.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $5,890.00 | $4,395.00 |
| Net Income | $702.00 | ($1,915.00) |
| Equity in the Collateral | $650,000.00 | $317,026.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | Oct-17 | Oct-17 |
| Date property acquired and amount paid | 4/12/1989 - $395,000 | 4/20/1088 - $169,500 |

|  | Property No. 9 | Property No. 10 |
|---|---|---|
| Address | 6844 San Alto Way<br>Buena Park, CA 90620 | 10418 Stratton Court<br>Cypress, CA 90630 |
| Type of Property | Single Family Residence | Single Family Residence |
| Fair Market Value on Real Estate Questionnaire and Schedules | $500,000.00 | $436,000.00 |
| Amount of Secured Claim | $260,867.33 | $270,160.64 |
| Name of Secured Creditor | OCWEN | OCWEN |
| Monthly Debt Service (Includes Other Monthly Expenses) | $2,075.00 | $2,700.00 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $2,200.00 | $2,145.00 |
| Net Income | $125.00 | ($555.00) |
| Equity in the Collateral | $500,000.00 | $165,840.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | Oct-17 | Oct-17 |
| Date property acquired and amount paid | 12/1998 - $109,000 | 3/1/1988 - $92,500 |

| | Property No. 11 | Property No. 12 |
|---|---|---|
| Address | 5641-5643 Vonnie Lane Cypress, CA 90630 | 321-325 Cincinnatti Ave. Las Vegas, NV 89102 |
| Type of Property | 2-4 Plex | 20 Unit Apartment Building |
| Fair Market Value on Real Estate Questionnaire and Schedules | $700,000.00 | $860,000.00 |
| Amount of Secured Claim | $457,014.70 | $212,924.57 |
| Name of Secured Creditor | Wells Fargo Bank | US Bank |
| Monthly Debt Service (Includes Other Monthly Expenses) | $11,476.00 | $5,549.50 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $4,275.00 | $8,150.00 |
| Net Income | ($7,201.00) | $2,600.00 |
| Equity in the Collateral | $342,986.00 | $647,076.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | 27-Oct | 7/19/2017 |
| Date property acquired and amount paid | 5/16/2001 - $182,000 | 3/1/1989 - $200,000 |

| | Property No. 13 | Property No. 14 |
|---|---|---|
| Address | 281-289 Merrimack & 274 Armory Manchester, NH | 9062-9062.5 Denni Street Cypress, CA 90630 |
| Type of Property | 12 Unit Aparment Building | 2-4 Plex |
| Fair Market Value on Real Estate Questionnaire and Schedules | $1,000,000.00 | $600,000.00 |
| Amount of Secured Claim | $378,485.47 | $200,000.00 |
| Name of Secured Creditor | Digital Credit Union | Pacific Premier Bank |
| Monthly Debt Service (Includes Other Monthly Expenses) | $9,227.00 | $2,655.00 |
| Number of Delinquent Payment | $0.00 | $0.00 |
| Amount of Deliquent Taxes | $0.00 | $0.00 |
| Monthly Income Generated | $10,800.00 | $3,150.00 |
| Net Income | $1,573.00 | $495.00 |
| Equity in the Collateral | $621,515.00 | $400,000.00 |
| Debtor's Intent regarding property | Retain | Retain |
| Percentage Owned | 100% | 100% |
| Insurance experation date | 2/16/2018 | Feb-18 |
| Date property acquired and amount paid | 2004 - $1,000,000 | 6/21/2013 - $294,000 |

EXHIBIT "B"

| | 1 | 2 | | | | |
|---|---|---|---|---|---|---|
| | 4/9/2017 | 5/1/2017 | 6/1/2017 | 7/1/2017 | 8/1/2017 | 9/1/2017 |
| | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | 8/31/2017 | 9/30/2017 |

| Income | | | | | | |
|---|---|---|---|---|---|---|
| David Chamberlain salary from Team Chamberlain Realty | $35,270.00 | $ 35,270.00 | $ 35,270.00 | $35,270.00 | $ 35,270.00 | $ 35,270.00 |
| Non-filing spouse salary from Team Chamberlain Realty | $35,270.00 | $ 35,270.00 | $ 35,270.00 | $35,270.00 | $ 35,270.00 | $ 35,270.00 |
| Income from rental properties | $72,601.00 | $ 72,601.00 | $ 72,601.00 | $72,601.00 | $ 72,601.00 | $ 72,601.00 |
| **Total Income** | **$143,141.00** | **$ 143,141.00** | **$  143,141.00** | **$143,141.00** | **$143,141.00** | **$ 143,141.00** |

| Cash Disbursements | | | | | | |
|---|---|---|---|---|---|---|
| Mortgage re: residence (103 Surfside Ave) | $  5,942.00 | $  5,942.00 | $  5,942.00 | $  5,942.00 | $  5,942.00 | $  5,942.00 |
| Real Estate Taxes  re: residence (103 Surfside Ave) | $  1,167.00 | $  1,167.00 | $  1,167.00 | $  1,167.00 | $  1,167.00 | $  1,167.00 |
| Property/homeowners insurance re: residence (103 Surfside Ave) | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 |
| Association dues re: residence (103 Surfside Ave) | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 |
| Utilities/electricity and gas re: residence (103 Surfside Ave) | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 |
| Utilities/water, sewer and garbage re: residence (103 Surfside Ave) | $  100.00 | $  100.00 | $  100.00 | $  100.00 | $  100.00 | $  100.00 |
| Utilities/telephone, internet re: residence (103 Surfside Ave) | $  30.00 | $  30.00 | $  30.00 | $  30.00 | $  30.00 | $  30.00 |
| Utilities/cable re: residence (103 Surfside Ave) | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 |
| Food and housekeeping supplies | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 |
| Childcare/education costs | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 |
| Clothing, laundry, and dry cleaning | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 |
| Personal care products and services | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 |
| Medical and dental expenses | $  800.00 | $  800.00 | $  800.00 | $  800.00 | $  800.00 | $  800.00 |
| Transportation | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 | $  2,000.00 |
| Entertainment | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 |
| Charitable contributions/religious donations | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 | $  200.00 |
| Life Insurance | $  410.00 | $  410.00 | $  410.00 | $  410.00 | $  410.00 | $  410.00 |
| Health Insurance | $  1,354.00 | $  1,354.00 | $  1,354.00 | $  1,354.00 | $  1,354.00 | $  1,354.00 |
| Vehicle Insurance | $  1,886.00 | $  1,886.00 | $  1,886.00 | $  1,886.00 | $  1,886.00 | $  1,886.00 |
| Other Insurance (Condo insurance policies) | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 | $  50.00 |
| Car Payment | $  1,348.00 | $  1,348.00 | $  1,348.00 | $  1,348.00 | $  1,348.00 | $  1,348.00 |
| Business Development | $  150.00 | $  150.00 | $  150.00 | $  150.00 | $  150.00 | $  150.00 |
| Office Expenses | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 |
| Computer/Tech Help | $  300.00 | $  300.00 | $  300.00 | $  300.00 | $  300.00 | $  300.00 |
| New Office Equipment | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 |
| Real Estate License/MLS dues | $  300.00 | $  300.00 | $  300.00 | $  300.00 | $  300.00 | $  300.00 |
| Notary fees | $  30.00 | $  30.00 | $  30.00 | $  30.00 | $  30.00 | $  30.00 |
| Advertising | $  12,000.00 | $  12,000.00 | $  12,000.00 | $  12,000.00 | $ 12,000.00 | $  12,000.00 |
| Bookeeping | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 | $  500.00 |
| Assistant | $  4,000.00 | $  4,000.00 | $  4,000.00 | $  4,000.00 | $  4,000.00 | $  4,000.00 |
| Selling Expenses | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 | $  5,000.00 |
| Staging Purchases | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 | $  3,000.00 |
| Payments to support others (25 year old daugher) | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 | $  1,000.00 |
| Total Expenses from 14 rental properties | $  70,076.00 | $  70,076.00 | $  70,076.00 | $  70,076.00 | $ 70,076.00 | $  70,076.00 |
| (Projected) UST Quarterly Fees | | | | $  1,950.00 | | |
| (Estimated) Professionals (General Insolvency Counsel) (FN1) | $  35,000.00 | $  25,000.00 | $  25,000.00 | $  25,000.00 | $ 25,000.00 | $  25,000.00 |
| (Estimated) Professionals (Appellate Counsel) (FN2) | | $  20,000.00 | $  10,000.00 | | | |
| **Total Cash Disbursements** | $  160,143.00 | $  170,143.00 | $  160,143.00 | $  152,093.00 | $150,143.00 | $  150,143.00 |
| | | | | | | |
| Net Cash Flow: | <$17,002.00> | <$27,002.00> | <$17,002.00> | <$8,952.00> | <$8,952.00> | <$8,952.00> |

FN1 - For accrual purposes only
FN2 - For accrual purposes only

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950**
**Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **STATUS REPORT, DECLARATION OF DAVID T. CHAMBERLAIN IN SUPPORT ATTACHED HERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 26, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **April 26, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 26, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

(Via Attorney Service)
Chambers of the Honorable Catherine E. Bauer
U.S. Bankruptcy Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/26/2017 | Nancy Lockwood | /s/ Nancy Lockwood |
|-----------|----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Julian K Bach**    Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Sean C Ferry**    sferry@rasflaw.com, seanferry7@gmail.com;bkyecf@rasflaw.com;ras@ecf.courtdrive.com
- **Alan J Friedman**    afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Jeffrey I Golden**    jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:

SEE ATTACHED

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**

Secured Creditor
Alligant Credit Union
Authorized Agent, Officer or Director
11545 West Touhy Avenue
Chicago, IL 60666

Secured Creditor and 20 Largest Unsecured
Creditor
Ann Leisy
P.O. Box 473
Surfside, CA 90743

Secured Creditor
Chase Commercial Bank
Authorized Agent, Officer or Director
FWCC, P.O. Box 650528
Dallas, TX 75265-0528

Secured Creditor
Gregory S. Page
34932 Calle Del Sol, Suite C
Capistrano Beach, CA 92624

Secured Creditor
John A. Amato
24 Sidney Bay Drive
Newport Coast, CA 92657-2105

Secured Creditor
OCWEN
Authorized Agent, Officer or Director
P.O. Box 660264
Dallas, TX 75266-0264

Secured Creditor
Pacific Premier Bank
Authorized Agent, Officer or Director
17901 Von Karman Avenue, Suite 1200
Irvine, CA 92614

Secured Creditor
Rich Tarnutzer, as Trustee of the
1997 Troy Trust
2030 Main Street, Suite 1040
Irvine, CA 92614

Secured Creditor
Roundpoint Mortgage
Attn: Authorized Agent
P.O. Box 674150
Dallas, TX 75267-4150

Secured Creditor
US Bank
Authorized Agent, Officer or Director
P.O. Box 21977
Saint Paul, MN 55121

Secured Creditor
Wells Fargo Bank
Authorized Agent, Officer or Director
P.O. Box 51120
Los Angeles, CA 90051-5420

20 Largest Unsecured Creditor
Barclays Bank Delaware (Jet Blue)
Authorized Agent, Officer or Director
P.O. Box 8801
Wilmington, DE 19899-8801

20 Largest Unsecured Creditors
CITI (Costco Adv.)
Authorized Agent, Officer or Director
P.O. Box 6190
Sioux Falls, SD 57117

20 Largest Unsecured Creditors
CitiBank Visa
Authorized Agent, Officer or Director
P.O. Box 78045
Phoenix, AZ 85062-8045

20 Largest Unsecured Creditors
Eileen Cathro
P.O. Box 473
Surfside, CA 90743

Roger G. Friedman, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

H. James Keathley, Esq.
Katherine D. Keathley, Esq.
KEATHLEY & KEATHLEY LLP
2030 Main Street, Suite 1040
Irvine, CA 92614

Orange County Tax Collector
PO BOX 1438
Santa Ana, CA 92702-1438

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0010

Law Offices of Julian Bach
7911 Warner Avenue
Huntington Beach, CA 92647

Linda Chamberlain
103 Surfside Avenue A
Surfside, CA 90743

Joseph F. Coyne, Jr. Esq.
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

PARTIES REQUESTING NOTICE:

Deutsche Bank Nat'l. Trust Co.
c/o Robertson, Anschutz & Schneid
Bankruptcy Dept.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487