Jeffrey I. Golden, SBN 133040
jgolden@lwgfllp.com
Alan J. Friedman, SBN 132580
afriedman@lwgfllp.com
Beth E. Gaschen, SBN 245894
bgaschen@lwgfllp.com
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002

Counsel for David Tudor Chamberlain

FILED & ENTERED

MAY 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

DAVID TUDOR CHAMBERLAIN,

    Debtor and
    Debtor-in-Possession.

Case No. 8:17-bk-11370-CB

Chapter 11

**ORDER GRANTING MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**

HEARING DATE:
Date:    May 24, 2017
Time:    10:00 a.m.
Courtroom: 5D
Address:    411 West Fourth Street
                Santa Ana, CA

    A hearing was held on May 24, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtor's Motion in Individual Chapter 11 Case for Order Authorizing Use of Cash Collateral filed April 26, 2017 as **Docket #25** ("Motion"). Appearances were made as noted on the record.

//

//

//

1  The Court having read and considered the Motion, heard the statements of counsel,
2  noted the lack of opposition and the Notice of Withdrawal of Relief Requested as to Pacific
3  Premier, and with good cause shown,

4  IT IS ORDERED:

5  1.  The Motion is granted.

###

24  Date: May 26, 2017

Catherine Bauer
United States Bankruptcy Judge