Jeffrey I. Golden, SBN 133040
jgolden@lwgfllp.com
Alan J. Friedman, SBN 132580
afriedman@lwgfllp.com
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel:   714-966-1000
Fax:   714-966-1002

Attorneys for Debtor and Debtor-in-Possession
David Tudor Chamberlain

FILED & ENTERED

JUN 06 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 8:17-bk-11370-CB<br><br>Chapter 11<br><br>**ORDER APPROVING AMENDED STIPULATION BETWEEN THE DEBTOR AND PACIFIC PREMIER BANK AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL**<br><br><u>Hearing</u>:<br>Date:　　May 24, 2017<br>Time:　　10:00 a.m.<br>Courtroom: 5D<br>Address:　　411 W Fourth St,<br>　　　　　　Santa Ana, CA 92701 |

//

//

//

1

The Court having read and considered the Amended Stipulation Between the Debtor and Pacific Premier Bank Authorizing the Debtor's Use of Cash Collateral filed by the Debtor on May 30, 2017, as Docket #90 (the "Amended Stipulation"), and with good cause shown,

**IT IS ORDERED**

**1.)** The Amended Stipulation is approved.

###

Date: June 6, 2017

Catherine Bauer
United States Bankruptcy Judge