Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Debtor and Debtor in Possession
David Tudor Chamberlain

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:17-bk-11370-CB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION**<br><br>**Hearing:**<br>DATE:    **August 2, 2017**<br>TIME:    **10:00 a.m.**<br>PLACE:   **Courtroom 5D** |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:**

　　**PLEASE TAKE NOTICE** that on **August 2, 2017 at 10:00 a.m.** in Courtroom 5D of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701, a hearing will be held to consider the Motion for Order Approving Debtor's Disclosure Statement Describing Chapter 11 Plan (the "Motion") filed by the above-captioned debtor (the "Debtor").

　　**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 3017-1(b) provides that objections to the adequacy of a disclosure statement must be **filed and served on the proponent not less than 14 days before the hearing**, unless otherwise ordered by the court.

　　**PLEASE TAKE FURTHER NOTICE** that any objections not filed and served in the manner set forth in Local Bankruptcy Rule 3017-1(b) may be deemed waived.

1118416.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NOTICE

1 **PLEASE TAKE FURTHER NOTICE** that the Debtor filed and served the Disclosure Statement on the Office of the United States Trustee and certain parties in interest. A copy of the Disclosure Statement is available upon written request to Lori Gauthier, Lobel Weiland Golden Friedman LLP, 650 Town Center Drive, Suite 950, Costa Mesa, California 92626 or e-mail request to lgauthier@lwgfllp.com.

4 **PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time by announcement made in open Court without further notice to creditors and parties in interest.

Respectfully submitted,

Dated: June 21, 2017         LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: /s/ Beth E. Gaschen
BETH E. GASCHEN
Attorneys for Debtor and Debtor in
Possession, David Tudor Chamberlain

1118416.1               2               NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 21, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 21, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 21, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165/Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/21/2017 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#1120447

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Julian K Bach**   Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Sean C Ferry**   sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- **Alan J Friedman**   afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **David Gill**   dag@dgdk.com, DanningGill@gmail.com;dgill@ecf.inforuptcy.com
- **Jeffrey I Golden**   jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
- **Eric P Israel**   eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Byron B Mauss**   efilings@amlegalgroup.com
- **Thomas J Polis**   tom@polis-law.com, paralegal@polis-law.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov


**SERVED VIA FIRST-CLASS MAIL**

David Tudor Chamberlain
103 Surfside Avenue A
Surfside, CA 90743

Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 927601-4593

U.S. Securities & Exchange Commission
Attn: BK Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591

**PARTIES REQUESTING NOTICE:**

Deutsche Bank Nat'l. Trust Co.
c/o Robertson, Anschutz & Schneid
Bankruptcy Dept.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Secured Creditor
Alliant Credit Union
Authorized Agent, Officer or Director
11545 West Touhy Avenue
Chicago, IL 60666

20 Largest Unsecured Creditors
Law Office of Gregory S. Page
Gregory S. Page
34932 Calle Del Sol, Suite C
Capistrano Beach, CA 92624

Secured Creditor
OCWEN
Authorized Agent, Officer or Director
P.O. Box 660264
Dallas, TX 75266-0264

Secured Creditor
Roundpoint Mortgage
Attn: Authorized Agent
P.O. Box 674150
Dallas, TX 75267-4150

20 Largest Unsecured Creditor
Barclays Bank Delaware (Jet Blue)
Authorized Agent, Officer or Director
P.O. Box 8801
Wilmington, DE 19899-8801

20 Largest Unsecured Creditors
CITI (Costco Adv.)
Authorized Agent, Officer or Director
P.O. Box 6190
Sioux Falls, SD 57117

Orange County Tax Collector
PO BOX 1438
Santa Ana, CA 92702-1438


Linda Chamberlain
103 Surfside Avenue A
Surfside, CA 90743


Ricardo Guitierrez
1464 E. La Palma Avenue
Anaheim, CA 92805-1546

Secured Creditor and 20 Largest Unsecured Creditor
Ann Leisy
c/o Linda Chamberlain
P.O. Box 473
Surfside, CA 90743


Joseph F. Coyne, Jr. Esq.
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071


Secured Creditor
Pacific Premier Bank
Authorized Agent, Officer or Director
17901 Von Karman Avenue, Suite 1200
Irvine, CA 92614

Secured Creditor
US Bank
Authorized Agent, Officer or Director
P.O. Box 21977
Saint Paul, MN 55121


Roger G. Friedman, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

20 Largest Unsecured Creditors
CitiBank Visa
Authorized Agent, Officer or Director
P.O. Box 78045
Phoenix, AZ 85062-8045

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0010



Citibank
PO Box 790034
St. Louis MO 63179-0034



Ricardo Guitierrez
c/o Robin Jacobs Esq
470 S. San Vicente Blvd 2nd Floor
Los Angeles, CA 90048

Secured Creditor
Chase Commercial Bank
Authorized Agent, Officer or Director
FWCC, P.O. Box 650528
Dallas, TX 75265-0528

~~Secured Creditor~~
~~John A. Amato~~
~~24 Sidney Bay Drive~~
~~Newport Coast, CA 92657-2105~~


Secured Creditor
Rich Tarnutzer, as Trustee of the
1997 Troy Trust
2030 Main Street, Suite 1040
Irvine, CA 92614

Secured Creditor
Wells Fargo Bank
Authorized Agent, Officer or Director
P.O. Box 51120
Los Angeles, CA 90051-5420

H. James Keathley, Esq.
Katherine D. Keathley, Esq.
KEATHLEY & KEATHLEY LLP
2030 Main Street, Suite 210
Irvine, CA 92614

20 Largest Unsecured Creditors
Eileen Cathro
c/o Linda Chamberlain
P.O. Box 473
Surfside, CA 90743

Law Offices of Julian Bach
7911 Warner Avenue
Huntington Beach, CA 92647



Internal Revenue Service
PO Box 7346
Philadelphia, CA 19101-7346



United States Trustee (SA)
411 W. Fourth Street, Suite 7160
Santa Ana CA 92701-4500

| | | |
|---|---|---|
| Pacific Premier Bank<br>c/o Polis & Associates, APLC<br>Tom Polis, Esq.<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA 92612 | County of Orange<br>Attn: BK Collection Officer<br>PO Box 4515<br>Santa Ana, CA 92701 | Wells Fargo Bank, N.A.<br>Default Document Processing (N9286-01Y)<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| U.S. Securities & Exchange Commission<br>Attn: Bankr Counsel<br>444 South Flower Street – Ste 900<br>Los Angeles, CA 90071-9591 | CA Franchise Tax Board<br>Bankruptcy Section, MIC:74<br>PO Box 942879<br>Sacramento, CA 94279-0074 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 |
| Digital Credit Union<br>Attn: Authorized Agent<br>PO Box 929<br>Marlborough, MA 01752-9129 | | |
| PARTIES REQUESTING NOTICE: | Deutsche Bank Nat'l. Trust Co.<br>c/o Robertson, Anschutz & Schneid<br>Bankruptcy Dept.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | Martin D. Fern, et al.<br>c/o Eric P. Isreal, Esq.<br>Danning, Gill, Diamond & Kollitz LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA  90067 |

1115217.1