1  Jeffrey I. Golden, SBN 133040
   jgolden@lwgfllp.com
2  Alan J. Friedman, SBN 132580
   afriedman@lwgfllp.com
3  Beth E. Gaschen, SBN 245894
   bgaschen@lwgfllp.com
4  Lobel Weiland Golden Friedman LLP
   650 Town Center Drive, Suite 950
5  Costa Mesa, California 92626
   Tel: 714-966-1000 -/- Fax: 714-966-1002
6
   Attorneys for Debtor and Debtor-in-Possession
7  David Tudor Chamberlain

**FILED & ENTERED**

**AUG 02 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>  Debtor and Debtor-in-Possession. | Case No. 8:17-bk-11370-CB<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY THOMAS VOGELE & ASSOCIATES, APC, AS SPECIAL LITIGATION/APPELLATE COUNSEL** |

The Court having read and considered Debtor's Application to Employ Thomas Vogele & Associates, APC, as Special Litigation/Appellate Counsel; filed on July 12, 2017, as Docket #131 (the "Application"), noting the lack of opposition, and with good cause shown,

//

//

//

1

**IT IS ORDERED**:

(1)  The Application is approved and effective as of June 17, 2017.

(2)  Employment is authorized pursuant to 11 U.S.C. §327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. §330 or §331.

###

Date: August 2, 2017

Catherine Bauer
United States Bankruptcy Judge

2