Jeffrey I. Golden, SBN 133040
jgolden@lwgfllp.com
Alan J. Friedman, SBN 132580
afriedman@lwgfllp.com
Beth E. Gaschen, SBN 245894
bgaschen@lwgfllp.com
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002

Attorneys for David Tudor Chamberlain

**FILED & ENTERED**

**AUG 07 2017**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** mccall **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re

DAVID TUDOR CHAMBERLAIN,

    Debtor and Debtor-in-Possession.

Case No. 8:17-bk-11370-CB

Chapter 11

**ORDER DENYING MOTION AUTHORIZING DEBTOR AND DEBTOR-IN-POSSESSION TO EXCLUDE CERTAIN SCHEDULE G PARTIES FROM MASTER MAILING LIST**

Hearing:
Date:   August 2, 2017
Time:  10:00 a.m.
Courtroom 5D
Address: 411 West Fourth Street
           Santa Ana, CA 92701

     A hearing was held on August 2, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Debtor's Motion Authorizing Debtor and Debtor-in-Possession to Exclude Certain Schedule G Parties From Master Mailing List Financing filed June 27, 2017 as Docket #118 ("Motion"). Appearances were made as noted on the record.

//

//

//

1

1  The Court having read and considered the Motion, heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

1. The Motion is denied.

### 

Date: August 7, 2017

Catherine Bauer
United States Bankruptcy Judge

2