Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor and Debtor-in-Possession
David Tudor Chamberlain

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:17-bk-11370-CB<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER APPROVING [SECOND AMENDED] DISCLOSURE STATEMENT DESCRIBING [SECOND AMENDED] CHAPTER 11 PLAN OF REORGANIZATION**<br><br>DATE:  September 20, 2017<br>TIME:  10:00 a.m.<br>CTRM:  5D |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on September 8, 2017, David T. Chamberlain (the "Debtor") filed his Second Amended Disclosure Statement Describing Second Amended Plan of Reorganization (the "Disclosure Statement") and Second Amended Plan of Reorganization (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that a continued hearing on the Debtor's Motion for Approval of the [Second Amended] Disclosure Statement Describing the [Second Amended] Debtor's Chapter 11 Plan of Reorganization will take place on

1131227.1              1              NOTICE

**September 20, 2017,** at **10:00 a.m.** in Courtroom 5D of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701.

Dated: September 8, 2017

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: */s/ Beth E. Gaschen*
JEFFREY I. GOLDEN
ALAN J. FRIEDMAN
BETH E. GASCHEN
Attorneys for Debtor
and Debtor-in-Possession
David Tudor Chamberlain

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER APPROVING [SECOND AMENDED] DISCLOSURE STATEMENT DESCRIBING [SECOND AMENDED] CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **September 8, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 8, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVED VIA PERSONAL DELIVERY/ATTORNEY SERVICE
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165/Courtesy Bin
Santa Ana, CA 92701-4593

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/8/2017 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#1120447

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Julian K Bach**  Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Frank Cadigan**  frank.cadigan@usdoj.gov
- **Matthew R. Clark**  bkyecf@rasflaw.com, mclark@ecf.courtdrive.com;mclark@rasflaw.com
- **Sean C Ferry**  sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- **Alan J Friedman**  afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Joseph Garibyan**  joegaribyan@gmail.com, joe.garibyan@swmllp.com
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **David Gill**  dag@dgdk.com, DanningGill@gmail.com;dgill@ecf.inforuptcy.com
- **Jeffrey I Golden**  jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
- **Eric P Israel**  eisrael@dgdk.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Byron B Mauss**  efilings@amlegalgroup.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Sonia Singh**  ss@dgdk.com, DanningGill@gmail.com,SSingh@ECF.Inforuptcy.com
- **Douglas G Tennant**  dtennant@frankel-tennant.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**SERVED VIA FIRST-CLASS MAIL**

David Tudor Chamberlain
103 Surfside Avenue A
Surfside, CA 90743

Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 927601-4593

U.S. Securities & Exchange Commission
Attn: BK Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071-9591