Jeffrey I. Golden, SBN 133040
jgolden@wgllp.com
Alan J. Friedman, SBN 132580
afriedman@lwgfllp.com
Beth E. Gaschen, SBN 245894
bgaschen@wgllp.com
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000 -/- Fax: 714-966-1002

Attorneys for David Tudor Chamberlain

**FILED & ENTERED**

**OCT 04 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DAVID TUDOR CHAMBERLAIN,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:17-bk-11370-CB<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br><u>Disclosure Statement Hearing</u><br>Date:    September 20, 2017<br>Time    10:00 a.m.<br>Place:   Courtroom 5D<br><br><u>Plan Confirmation Hearing</u><br>Date:    November 29, 2017<br>Time:   10:00 a.m.<br>Place:   Courtroom 5D<br>Address: 411 W 4th St.<br>         Santa Ana, CA 92701 |

A hearing was held on September 20, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Motion to Approve Debtor's Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan of Reorganization filed September 8, 2017 as Docket #s 211 and 210 respectively (collectively the "Motion"). Appearances were made as noted on the record.

).

The Court having read and considered the Motion, the related pleadings, heard the statements of counsel, and finding the Disclosure Statement contains adequate information as that term is defined in 11 U.S.C. § 1125, and with good cause shown,

**IT IS ORDERED**:

1. The Motion is granted.

2. The Disclosure Statement is approved for dissemination.

3. The Debtor is authorized to solicit votes with respect to the Plan.

4. On or before September 25, 2017, the Debtor shall cause the following to be transmitted by first-class mail to all necessary parties: (a) notice of the confirmation hearing, which shall include notice of the deadline to object to confirmation of the plan; (b) the Disclosure Statement, the Plan, together with the exhibits and (c) if entitled to vote on the Plan, a Ballot.

5. Ballots accepting or rejecting the Plan must be returned so that they are actually received by the Debtor's counsel, Lobel Weiland Golden Friedman LLP, Attn: Beth E. Gaschen and Lori Gauthier, 650 Town Center Drive, Suite 950, Costa Mesa, California 92626, on or before October 20, 2017, by 5:00 p.m. (PST).

6. On or before November 1, 2017, the Debtor shall file with the Court and serve any pleadings and evidence in support of confirmation of the Plan, including a plan confirmation brief and a ballot summary.

7. Any objection to the confirmation of the Plan shall be filed with the Court and served so that they are actually received by the Debtor's counsel on or before November 8, 2017.

8. Replies to any objection to confirmation of the Plan shall be filed with the Court and served on or before November 15, 2017.

9. The Plan confirmation hearing shall be November 29, 2017, at 10:00 a.m.

10. Prior to the dissemination of the Disclosure Statement as described above, the Debtor shall have the authority to make non-substantive modifications to the Disclosure Statement, the Plan, and the related documents and papers, so long as such modifications

are typographical, conforming and/or ministerial in nature, without further notice or order of the Bankruptcy Court.

11. The Debtor shall have authority to effect such actions as may be necessary to implement the terms of this Order.

###

Date: October 4, 2017

Catherine Bauer
United States Bankruptcy Judge

3